## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Levi Michener, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June of 2021. I joined the FBI in 2017. Prior to becoming an SA, I worked as an Assistant Team Leader in the Special Surveillance Group within the Seattle Division with a focus on counterintelligence and counterterrorism. I was previously assigned to the Sacramento, California Division, Chico Resident Agency, located in Chico, Eastern District of California and the Omaha, Nebraska Division's Greater Omaha Safe Streets Task Force ("GOSSTF"). I currently am assigned to the violent crime squad for the Kansas City Field Office.

2. My law enforcement experience includes ten months in the Missouri State Highway Patrol, and twenty-one weeks of basic training at the FBI Academy in Quantico, Virginia. My training at the FBI Academy was dedicated to learning to investigate cyber-related crimes, bank robberies, violent crimes against children, and violent crimes to include drug related crimes. I have gained knowledge and experience in multiple types of investigations through my everyday work and training. I worked violent crime gangs for the Omaha Safe Streets Task Force for two years and have participated in multiple searches, surveillance, controlled buys, and arrests of Greater Omaha Gang members. I have also worked violent crime to include interstate threats, kidnappings, and continued to work drug trafficking matters, and other violent crime matters since arriving in the Kansas City Field Office.

3. As will be shown below, there is probable cause to believe **DARRELL ANTHONY CARTER-BROWN ("BROWN")** used telecommunications to transmit interstate threatening communications, in violation of 18 U.S.C. § 875. I am submitting this Affidavit in support of a Criminal Complaint for **BROWN.**

4.      The statements in this Affidavit are based upon information obtained through my own personal investigation of this matter.  Since this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe **BROWN** has engaged in interstate threatening communications, in violation of 18 U.S.C. § 875.

## **BACKGROUND OF THE CASE**

5.      On June 28, 2026, Peoria Police Department (PPD) received a notification from a reporting party about a Facebook live video being posted by Facebook user using the vanity name "Relly Rell."  The reporting party screen recorded the Facebook Live to show to the PPD.  The video included multiple death threats towards a specific individual and multiple unknown individuals within the Peoria, Illinois area.  The PPD identified the individual in the videos of the Facebook profile as Darrell Anthony Carter-Brown.

6.      A Springfield Federal Bureau of Investigation ("FBI"), Peoria Resident Agency Special Agent submitted an emergency disclosure request to Meta for subscriber information for Facebook username: kingrelly22, vanity name: Relly Rell.  Results confirmed **BROWN** was the Facebook user for the **TARGET PROFILE.**

      a.   Account name: Darrell Brown

      b.   Account date of birth: 09/29/1988

7.      Meta provided darrellcarter544@gmail.com as the email address associated with the **TARGET ACCOUNT**.  Internet Protocol (IP) addresses provided by Meta also show **BROWN** to be in the Kansas City, Missouri area (IP Address: [2605:a601:ad66:ce00:4a6a:1581:dd6f:587a]:44469, Time: 2026-06-30 14:19:00 UTC.  IP Address:[2605:a601:adf2:4d00:2907:164e:5017:c42f]:56921, Time**:** 2026-06-29 00:12:24 UTC).

The current connection IP address for the Meta account at the time the information was provided was 2600:100a:b02d:0cc4:d994:4f7b:9da3:3eb2.  Like the other two IP addresses provided this IP address geolocated to the Kansas City, Missouri metropolitan area.

8.     **BROWN** posted multiple videos to his **TARGET ACCOUNT** over the dates of June 29, 2026, through July 1, 2026.  The following paragraphs are a selection of some of the threatening communications from **BROWN** made from **TARGET ACCOUNT** (the following are not verbatim transcripts but are an accurate summary that your Affiant has reviewed and listened to).

9.     On June 29, 2026, **BROWN** was observed in a Facebook live video (hereinafter referred to as "Video 1").  The following statements were made by **BROWN** in Video 1:

10.     Video 1 – 00:24: "When I get to that motha fucking P boy. Lord knows I'm gettin' em. I'm letting all this shit out. I'm letting all this shit out. I'm not sparing a mother fucker bro. I swear to God nigga. I'm not sparing none of you bitch ass people. Straight up, best thing for you to do is get the fuck out my motha fuckin way. Cause when I get there, I'm not sparing shit! I'm not sparing a motha fuckin soul nigga. I'm telling you, bitch you going to die when I get to that motherfucka. You better go. You better move out your crib fam. I got your address fam, I got your Lo fam. You better go, because when I get there nigga I'm comin clean in that bitch. I'm coming clean in that bitch. Nigga we all can die nigga, we all can go to jail nigga. I don't give a fuck. I'm done, I'm done with this shit. I'm going all the way crashing out.

    a.     In this instance, **BROWN** uses the phrase "When I get to that motha fucking P boy."  I believe this refers to Peoria, Illinois.  **BROWN** also mentioned "I got your Lo fam." I believe the word Lo is short for location.

11.     Video 1 – 2:12: "I'm not sparing shit when I get to that motha-fucka. I'm going out like Larry Bright nigga. I'm going out like Larry Bright nigga, he killed sixteen bitches, I'm tryna double that! I'm tryna double that! I'm feelin to put P on the map bro.

    a. **BROWN** mentioned Larry Bright.  Larry Bright is an American serial killer responsible for the deaths of at least eight women in Peoria, Illinois around 2003.

12.     Video 1 – 2:35: "When I pop up bitch, have your shit together. Please I'm begging you have your shit together if you love your life nigga because I'm coming to take shit. I'm coming to take shit. Screen record this video bitch, send it to the police bitch, do whatever you gotta do bitch cause when I get there, can't nobody stop me."

13.     Video 1 – 2:57: "When I see you bitch I'm killing you. I am killing you fam, that's on my mama grave fam. When I get to the P fam, ayy your best bet gonna be move out of town right now while I got 6 hours on my hands bitch cause when I get there I'm not sparring shit nigga. Nigga's gon drop like 2015-2016 in this bitch nigga. I'm telling you how them bitches were dropping in 15-16. Nigga felling to be like that in 26 nigga. I'm feelin' bring that shit era right back around again."

    a. **BROWN** mentions he has 6 hours on his hands, that is the approximate drive time from Kansas City, Missouri to Peoria, Illinois, further showing **BROWN's** location is in Missouri at the time of the video.  **BROWN** mentions 2015- 2016.  Peoria, Illinois experienced approximately 14 homicides in 2015 and approximately 10 homicides in 2016.

14.     Video 1 – 3:40: "It's time for me to get active. It's time for me to get active cause I'm tired of you motha-fucka's more. When I get to the P, bitch have your shit together, I'm telling you, have it together. Don't be with your kids, don't be with nobody you care about fam cause imma kill they ass with you fam. I'm not sparing no motha-fuckin body fam, and can't nobody tell

me to change my motha-fuckin mind fam. Nigga I'm dead serious with this shit bitch. I'm willing to die behind this shit bitch. I'm gon' kill you. I'm gon' fuckin kill you! I'm gon' kill you fam. I'm Gon' kill you nigga. I swear to God I'm gon' fucking kill you. I'm killing you when I see you."

15.    Video 1 – 4:28: "If I come to the P and any one of you bitches tell me to get off that bullshit. I'm smoking your ass. I'm smoking your ass nigga."

    a.    The phrase "smoking" mentioned by **BROWN** is common slang for shooting.

16.    I've been down in Kansas City getting' my mother fuckin' shit together and still gotta deal with bullshit from the P. Nigga, ok when I get to the P have your shit together nigga, on my dead momma I'm killing you bitch. Have the police at your house, listen bitch have em' at your motha-fuckin house cause when I get to the P I'm killing shit. I'm going out like Larry Bright.

    a.    **BROWN** mentions once again being in Kansas City while still dealing with things back in Peoria.

17.    Video 1 – 5:30: **BROWN** mentioned Tina Lashawn Carter as his "dead mama." Open-source records showed a Tina L. Carter born June 17, 1970, and died August 21, 1999. According to records Carter is the mother of **BROWN**.

18.    Video 1 – 5:59: "I swear to fucking God imma put the whole clip in your face bitch they aint ever gon' be able to look at your body."

    a.    A clip is a gun part that holds the ammunition for a firearm and is used to load the ammunition into a firearm. **BROWN** mentioned utilizing an entire clip of a firearms to the point where the face of the victim will be unrecognizable.

19.    Video 1 – 7:04: "Ya'll gon' need the police for me when I see that bitch bro. When I step a foot in the P, ya'll gon' need the police for me. I'll blow it out with they ass too nigga. Tag Peoria police department nigga they can get it too nigga. I'll have a shootout with the police too bitch."

5

20.     Video 1 – 7:55: "Yo best bet to have your shit together when you see me fam cause I'm gon' blow your fucking face off bitch. I'm not doing no drive by's bitch, I'm walking up. I gotta make sure I hit you in your shit bitch."

        a.  **BROWN** in this paragraph refers to "blow your face off" the term "blow" is a slang term for shoot.

21.     Video 1 – 8:37: "Send this to the police cause when I get to the P nigga, I'm killing you bitches. I'm killing you nigga. Killing you fam!"

22.     Video 1 – 9:38: It's my last time warning you. Have your shit together. Call whoever you need to call. Call your police, call your homies, call your family. When I get to the P bro, I'm not sparing a life bro. I'm not giving a fuck about life when I touch that bitch nigga. I'm gon' smoke my last cigarette nigga, my last blunt, and bitch I'm going on a rampage nigga. I'm going on a rampage fam. I'm going out with a motha-fuckin bang nigga. If I die behind this shit nigga, so fucking be it fam. So be it fam."

23.     Video 1 – 10:38: "Send this to the police cause I don't give no fuck cause after I do what the fuck I do anyway bitch they gon' have to kill me bitch. I'm not siting in no jail bitch. They gon' have to kill me when I'm done bitch. Just know that bitch. I'm going out with a bang bitch.

24.     Video 1 – 11:04: When I get home I'm killing you bitches bro. I'm killing you. I aint talkin I don't want to do nothing else but let guns clap nigga. When I see you I'm squeezin shit. I'm squeezing! I already called my homie, he said he still got my shit. So nigga when I pull up to the P nigga I'm grabbing my guns and I'm coming outside nigga. I'm grabbing my guns and I'm coming outside. I'm armed and fucking dangerous right now nigga. I'm gon' be armed and dangerous."

25. Video 1 – 12:22: "I'm killing motha-fucka's bro. I'm killing! Repeat after me bitch, I'm killing you hoe. I'm killing you nigga. Remember that, remember that. When I get to the P bitch, I'm killing motha-fucka's nigga, and that's not a threat bitch. I'm promising you."

26. Video1 – 13:42: "I'm not gon' go to jail for it cause they gon' have to kill me too bitch. I'm going out with motha-fuckin' bang bitch. I'm 37 years old bitch."

   a. **BROWN**'s current age is 37 years old according to his birth records matching the statement made in the video and the records provided by Meta.

27. Video 1 – 13:42: "Imma at least kill about ten to fifteen motha-fucka's before I leave that bitch I swear to God. I swear to God bout ten to fifteen of you motha-fucka's gon' die the same night I touch that motha-fucker. I don't give a fuck if you a mother fucka just walking down the street. You could be walking down the street with your motha-fuckin' dog bitch, I'm gon' blow you motha-fuckin' head off."

28. Video 1 – 16:29: "I don't give a fuck nigga, I will kill your kids do you understand bitch, I am losing my mind bitch, I'm gonna kill your kids nigga."

29. Video 1 – 19:47: "I've been letting ya'll talk too much shit, do too much shit since I've been in Kansas City."

   a. **BROWN** once again mentions being in Kansas City, Missouri at the time of the video being recorded while threatening individuals in Peoria, Illinois.

30. The Video lasted approximately 28 minutes and 39 seconds where **BROWN** continued to make multiple threats and expresses how the police will have to kill him after he gets done killing people in Peoria, Illinois. The second video labeled Relly Rell Facebook live 6.30.26 (hereinafter referred to as "Video 2") takes place in what appears to be **BROWN's** apartment. The video is approximately 56 minutes and 29 seconds long.

7

31.     Video 2 – 22:33: **BROWN** showed the view from his apartment.  **BROWN** states in the video "I'm in a mother fuckin loft downtown bitch."  The building in the background of the video is the Charles E. Whittaker U.S. Courthouse located at 400 East 9ᵗʰ Street, Kansas City, MO 64106.  The view appeared to be from the Walnut Tower Apartments located at 722 Walnut Street, Kansas City, Missouri 64106 (**TARGET RESIDENCE**).  Checks were conducted at the Walnut Towers Apartment (**TARGET RESIDENCE**) and agents confirmed with the manager that **BROWN** was a resident in apartment 403 since June 20, 2026.  The apartment manager also confirmed a vehicle for **BROWN** which resembled the truck later described in this Affidavit.  **BROWN** was utilizing a dark blue, Ford F-150 with temporary tag E859590 expiration 07-19-2026, with a Kansas City, MO Drive Now Auto Credit license plate cover attached.  The apartment manager also provided an email address of darrellcarter544@gmail.com under **BROWN's** rental profile.

32.     Video 2 – 31:56: "I will literally kill you and get away with it nigga, stop playin with me. I'll smoke you and if I do get caught, I'm just gonna play insane nigga."

33.     Video 3 is labeled Relly Rell Facebook Live with gun 7.1.26.  This video appeared to take place in **BROWN's** vehicle which appears to be a truck due to the layout of the inside.  On the center counsel of the vehicle is a black color pistol which resembled a Glock.  The video is approximately 40 minutes and 29 seconds long, where **BROWN** remains in the vehicle and incessantly grabs the pistol and points it at the camera.  From my training and experience working gang and drug related offenses, **BROWN** also appeared to be smoking what appeared to be a blunt while handling the pistol.

    a.   Video 3 – 17:13:



b. Video 3 – Screenshots from various times:

 

34. A search of **BROWN's** criminal history revealed felony convictions, indicating he is prohibited from possessing a firearm. **BROWN's** criminal history includes the following: Burglary, Battery, Criminal Trespassing, Knowingly Damage Property, Domestic Battery x7,

9

Aggravated Battery, Aggravated Assault, Disorderly Conduct, Phone Harassment, Driving While Suspended, Selling/ Furnishing/ etc. Marijuana/Hash, and traffic violations.

35.     In a separate video, hereinafter referred to as Video 4, labeled Relly Rell Live recording 6.30.26, which lasts approximately 9 minutes and 57 seconds long, **BROWN** appeared to be on Facebook live in his apartment.  **BROWN** had an individual tagged in the post (believed to be an individual with initials R.S., hereinafter referred to as "Victim 1").  **BROWN** talked in his videos about a female (believed to be an individual with initials V.C., hereinafter referred to as "Victim 2") going between **BROWN** and Victim 1 romantically.  **BROWN** even showed messages and screen recordings on his cellular device between him and Victim 2 with an identified vanity name.  Based on information provided in the Facebook live videos by **BROWN**, the threats appear to be aimed towards Victim 1 and Victim 2, identified individuals living in Peoria, Illinois.  During Video 2, **BROWN** was talking about an individual who he was arguing about.  In the comment sections, the individual **BROWN** was talking about appeared to comment multiple times to include the phrase "STFU" followed by a shhh emoji.  This individual is suspected to be Victim 1.  In Video 2 at approximately 4:00 minutes in, **BROWN** mentions the following: "I'm coming straight to Columbia Terrace, I am coming straight to your doorstep."  According to Illinois Soundex records, Victim 2 had a registered address near the Columbia Terrace area in Peoria, Illinois.

36.     Based on my training, cellular telephones inherently operate in and substantially affect interstate commerce.  When a cellular telephone places or receives a call, sends or receives a text message, or transmits data to include the use of social media, the communication is routed through a network of cell towers, switching centers, and signaling infrastructure that is interconnected across state lines and, frequently, internationally.  Cellular carriers operate as facilities of interstate commerce, and their networks rely on equipment, transmission paths, and signaling protocols (such as SS7) that routinely cross state boundaries even when the calling and

called parties are located within the same state. Call detail records and routing data commonly reflect that signaling and call-setup traffic is processed through out-of-state switching facilities, home location registers, and network elements maintained by the carrier. Moreover, the cellular handsets themselves, along with the components, software, and Subscriber Identity Modules they contain, are manufactured outside the relevant jurisdiction and travel in interstate and foreign commerce before reaching the end user. The radio spectrum used by these devices is licensed and regulated by the Federal Communications Commission under federal authority over interstate communications. Accordingly, the use of a cellular telephone to facilitate the offense conduct charged herein constitutes the use of a facility and instrumentality of interstate commerce, and the transmissions at issue traveled in and affected interstate commerce.

37. Additionally, I have reason to believe **BROWN** made threatening communications while in Kansas City, Missouri and directed those threatening communications to victims in Peoria, Illinois. Based on the content of **BROWN's** communications, I have reason to believe **BROWN** sent the communications for the purpose of issuing a true threat and with knowledge that the communication would be viewed as a true threat.

## CONCLUSION

38.     Your affiant respectfully submits that there is probable cause to believe **BROWN** committed interstate threatening communications in violation of Title 18 United States Code, § 875.

_____
Levi Michener
Special Agent
Federal Bureau of Investigations

Telephonically/remotely or otherwise subscribed to and sworn to before me this ___9th___ day of July 2026.                    By telephone at 3:15 pm, signature confirmed

_____
HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Western District of Missouri